

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:19CR 99
    18 U.S.C. § 2261A

ANTHONY ROBINSON

## INDICTMENT

The Grand Jury charges that:

### Introduction and Background

At all times relevant herein:

1. ANTHONY ROBINSON, defendant, was an adult resident of Marshall County, Mississippi in Byhalia, Mississippi.

2. On October 22, 2018, Anthony ROBINSON, the defendant, filed a complaint against Ryder, Inc., Lyshon James (the human resources officer at Ryder in Byhalia, Mississippi), and others for violation of civil rights in violation of 42 U.S.C. § 1983 in the United States District Court for the Northern District of Mississippi.

3. Marcia McShane of Constangy, Brooks, Smith & Prophete, LLP, in Nashville, Tennessee, represented Ryder, Inc., in the lawsuit. ROBINSON sent multiple emails to McShane referencing the lawsuit.

4. On March 14, 2019, Tim Newton, the Case Manager for Ryder, Inc., in Atlanta, Georgia requested through email that ROBINSON direct all further correspondence regarding the lawsuit to Tim Newton and refrain from calling or emailing Ryder officials about these matters.

5. On two occasions on April 2, 2019, ROBINSON transmitted electronic mail messages to McShane discussing the lawsuit. One of the emails accused Lyshon James, an

employee of the local Ryder company, of "defaming his name, [and] the primary reason why he was not reassigned to another job".

6. On April 9, 2019, ROBINSON transmitted an electronic mail message to Natalie Rector, who is the human resources officer for Ryder. The email stated that Veronica Gates "was in cahoots with or influenced by Lyshon James . . ."

7. On April 17, 2019, ROBINSON transmitted an electronic mail message to McShane and others, with the subject line "Fwd: Ryder Logistics Inc.Found in 'Default of Judgment.'" In that correspondence, ROBINSON first commented on Ryder's representation in the lawsuit and how Ryder "got duped" by the law firm. ROBINSON then stated:

> This is what oppression and capitalistic greed is all about though right. The big man don't care about the little man rights or the law as it relates to his rights and entitlements.
>
> This is just one of the reasons why crime is on the rise.These oppressors don't see the repercussions of their own fault systems as they think they are above the law and void of prosecution.
>
> Everyone is not going to write, email letters and pray about the evil works done to them and the deception that go on behind closed doors like I do. Very few will but many will kill in a heartbeat. Turn on the news.
> . . .
>
> Vigilante criminal justice is the end result for many who don't know how to read and write and fight for their rights.

8. On April 21, 2019, ROBINSON transmitted an electronic mail message to Natalie Rector, and the Washington Post, with the subject line, "Fwd: Resurrection of Anthony Robinson." ROBINSON discussed a radical religious change in his life. ROBINSON stated in the email: "There are people who have actually killed their own mother. Once the devil get your mind there is no telling whay[sic] you might do."

9. On June 17, 2019, ROBINSON transmitted an electronic mail message to McShane, Tim Newton, and others with the subject line "Fwd: Pending Lawsuits". In that correspondence, ROBINSON discussed that he was being treated "like a nobody" and had suffered discrimination by five different employers. ROBINSON then stated:

> One of the main reasons why people like DeWayne Craddock,40 go to such extreme measures to make a point, be heard is; it can be frustrating,to write the least,to be victimized or overwhelmed by stressors in life and noone knows or cares about it.
>
> I've been dealing with that frustration most of my adult life. I'm thankful I didn't resort to getting even,proving a point by killing twelve coworkers just because I was treated unfairly at my place of employment.
>
> One never knows what the next man is going through been through and is about to do until he do it.Given that, there is no defense for an ambush realistically.
>
> To know what Ryder Inc.associates and other associates at other jobs have done to me can be frustrating.More so even when people who're suppose to rectify the situation don't by turning a blind eye, ignorant to the obvious claims.

ROBINSON then referenced the five entities for which he had worked: Ryder, Hamilton Beach, Inc., Elite Staffing, Wise Staffing and Sedona Staffing. In reference to those places, ROBINSON stated, "Some of them have the potential of creating the next gunman gone wild any place any time." ROBINSON continued:

> What I find interesting about this last episode in Virginia Beach is, it was a highly educated black man who was the trigger man this time.
>
> It reminds me of the Budweiser facility that fell under attack in 2010 when a just terminated employee,Omar Thornton, a black guy, killed eight coworkers before taking his own life with a self inflicted gun wound.

ROBINSON ended with, "The appropriate action will be taken."

10. Dewayne Craddock, 40, a public utilities engineer, on May 31, 2019, submitted his resignation letter by email, then hours later killed 12 people in a workplace mass shooting in Virginia Beach, Virginia. Craddock was killed by police during a shootout.

3

11.     Omar Thornton, a former employee of Hartford Distributors in Manchester, Connecticut, on August 3, 2010, entered a Hartford Distributors warehouse and shot and killed eight people before turning the gun on himself.

12.     On July 10, 2019, ROBINSON was made aware by law enforcement that his emails were causing the recipients fear and scaring them.

13.     On July 17, 2019, ROBINSON transmitted an electronic mail message to Tim Newton, Natalie Rector, and others with the subject line "Fwd: News Commentary." In this correspondence, ROBINSON recounted that a candidate for the Mississippi state House of Representatives had shot and killed his wife and then killed himself the day before. ROBINSON referenced that this happened thirty miles from where he lived and then he stated: "One never knows what the next person is going through, been through,or is about to do." ROBINSON further stated that years ago he himself was "on top of the world", but "[w]hen things began to go south and not as planned, [he] became depressed." ROBINSON continued that he tried suicide twice. ROBINSON then discussed that God "has chosen to use [him] as an instrument to stand against the evil force our time that pervert justice by hiding and dismissing the truth . . ."

14.     On July 22, 2019, ROBINSON transmitted an electronic mail message to Natalie Rector, employees of Wise Staffing and others with the subject line, "Fwd: My Perceptions." ROBINSON discussed numerous matters including racism and stated: "They too,the media,do what they want to when they want to,when body bags are needed.Every one is ready to do their job then,after the fact." ROBINSON continued:

The FBI admitted they failed in Parkland, Florida. They had to when their ignorance to several complaints beforehand of a gunman who eventually killed seventeen people was publicized across the national news networks. The St. Valentine's Day Massacre in 2018.

15. Nikolas Cruz, a nineteen-year-old former student, on February 14, 2018, perpetrated a mass shooting at his former high school, Stoneman Douglas High School in Parkland, Florida and killed seventeen people with seventeen more wounded. Prior to the shooting, concerned citizens had called in multiple tips to law enforcement, including the Federal Bureau of Investigation ("FBI"), warning that Cruz was threatening acts of violence.

## COUNT ONE
### (Cyber stalking)

16. The allegations contained in paragraphs 1 through 15 are re-alleged and incorporated herein.

17. Between on or about April 2, 2019 to on or about July 22, 2019, in the Northern District of Mississippi, the defendant, Anthony ROBINSON, did knowingly and intentionally, with intent to harass and intimidate another person, use an electronic communication service to engage in a course of conduct that placed Natalie Rector in reasonable fear of death and serious bodily injury and caused, attempted to cause and would be reasonably expected to cause substantial emotional distress to Natalie Rector, all in violation of Title 18, United States Code, Section 2261A(2)(A).

## COUNT TWO
### (Cyber Stalking)

18. The allegations contained in paragraphs 1 through 15 are re-alleged and incorporated herein.

5

19. Between on or about June 17, 2019, to July 17, 2019 in the Northern District of Mississippi, the defendant, Anthony ROBINSON, did knowingly and intentionally, with intent to harass and intimidate another person, use an electronic communication service to engage in a course of conduct that placed Tim Newton in reasonable fear of death and serious bodily injury and caused, attempted to cause and would be reasonably expected to cause substantial emotional distress to Tim Newton, all in violation of Title 18, United States Code, Section 2261A(2)(A).

## COUNT THREE
### (Cyber stalking)

20. The allegations contained in paragraphs 1 through 15 are re-alleged and incorporated herein.

21. Between on or about April 17, 2019 to on or about June 17, 2019, in the Northern District of Mississippi, the defendant, Anthony ROBINSON, did knowingly and intentionally, with intent to harass and intimidate another person, use an electronic communication service to engage in a course of conduct that placed Marcia McShane in reasonable fear of death and serious bodily injury and caused, attempted to cause and would be reasonably expected to cause substantial emotional distress to Marcia McShane, all in violation of Title 18, United States Code, Section 2261A(2)(A).

## COUNT FOUR
### (Cyber stalking)

22. The allegations contained in paragraphs 1 through 15 are re-alleged and incorporated herein.

23. Between on or about April 2, 2019 to on or about July 22, 2019, in the Northern District of Mississippi, the defendant, Anthony ROBINSON, did knowingly and intentionally, with intent to harass and intimidate another person, use an electronic communication service to

engage in a course of conduct that placed Lyshon James in reasonable fear of death and serious bodily injury and caused, attempted to cause and would be reasonably expected to cause substantial emotional distress to Lyshon James, all in violation of Title 18, United States Code, Section 2261A(2)(A).

A TRUE BILL

FOR: WILLIAM C. LAMAR
UNITED STATES ATTORNEY

/s/ *Redacted Signature*
FOREPERSON