RECEIVED
JUL 24 2019
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:19CR99
    18 U.S.C. § 2261A

ANTHONY ROBINSON

## PENALTIES

### COUNTS ONE, TWO, THREE, AND FOUR

| | |
|---|---|
| Not more than five years imprisonment | 18 U.S.C. § 2261(b) |
| $250,000.00 fine or both | 18 U.S.C. § 3571(b)(3) |
| Supervised release for not more than three years | 18 U.S.C. § 3583(b)(2) |
| $100 Special Assessment | 18 U.S.C. § 3013(a) |