**CRIMINAL CASE COVER SHEET**  **U.S. DISTRICT COURT**
Complete entire form

**Place of Offense:**  **Related Case Information:**

City Byhalia   Superseding Indictment __No__ Case Number _____

County Marshall   Same Defendant _____ New Defendant _____

RECEIVED   Magistrate Judge Case Number _____

JUL 24 2019   Search Warrant Case Number _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI   R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information:**

Juvenile: ☐ Yes ☑ No   If yes, Matter to be sealed: ☐ Yes ☑ No

Defendant Name Anthony Robinson

Alias Name _____

Address Byhalia, MS 38611

DOB __1965__ SS# xxx-xx-6205 Sex __M__ Race __B__ Nationality _____

Represented by: _____

Interpreter: ☐ Yes ☑ No   List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts __Four (4)__  ☐ Petty  ☐ Misdemeanor  ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18:2261.F | Interstate Domestic Violence | 1, 2, 3, 4 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

**U.S. Attorney Information:** AUSA Clyde McGee IV   Bar # 102229

Date: 7/24/19   Signature of AUSA [signature]

**District Court Case Number:**
(To be entered by Clerk)   3:19 CR 99